IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | No. 01-40047-01-JAR |
| ) | |
| ISRAEL V. VEGA, ) | |
| Defendants. ) | |
| _____ ) | |

## ORDER DISMISSING
## INDICTMENT AND INFORMATION

NOW ON THIS 19th day of September, 2005, the above-entitled matter comes before the Court upon the motion of counsel for the plaintiff to dismiss the indictment and information in the above-entitled matter. The Court, after reviewing the motion and being fully advised in the premises, finds that there exists good cause for the motion, and that the motion should therefore be sustained.

IT IS THEREFORE ORDERED that both the indictment and information in this matter be and are hereby DISMISSED without prejudice.

                S/ Julie A. Robinson
                HONORABLE JULIE A. ROBINSON
                UNITED STATES DISTRICT JUDGE